UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANDREA MIRGOLI, | Case No.: 10-CV-01940-LHK |
| Plaintiff, | ORDER REGARDING SCHEDULED |
| v. | CASE MANAGEMENT CONFERENCE |
| CBSJ FINANCIAL CORP., | |
| Defendant. | |

This case is currently set for a Case Management Conference on Wednesday, October 27, 2010. According to the Certification of Mediation, ECF No. 25, the parties held a mediation session on September 22, 2010, and fully settled the case. However, the parties have not filed either a stipulation of voluntary dismissal or a Case Management Statement.

If the case has settled, the parties are directed to file a stipulation of voluntary dismissal pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) by October 25, 2010. If immediate filing of a stipulation is not possible, the parties may instead request a continuance of the CMC and indicate in their request when they shall file a stipulation of dismissal. If the case has not settled, the parties are directed to file a joint case management statement, as required by Civil Local Rule 16-9. Any case management statement or request for a continuance must be filed no later than October 25, 2010.

**IT IS SO ORDERED.**

Dated: October 22, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge