# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREA MIRGOLI,** | ) Case No. **5:10-CV-01940-LHK** |
| Plaintiff, | ) |
| | ) |
| | ) **ORDER** |
| vs. | ) |
| | ) |
| **CBSJ FINANCIAL CORP.,** | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY ORDERED that the Plaintiff's counsel's request for a continuance of the Further Case Management Conference set for October 27, 2010 at 2:00p.m., is hereby granted. The Further Case Management Conference is hereby continued to February 16, 2011.

The parties shall file a stipulation of dismissal within 60 days of this Order.

Dated this 25th day of October, 2010

_____
The Honorable Lucy H. Koh