# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDREA MIRGOLI,** | ) Case No. **5:10-cv-01940-LHK** |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **CBSJ FINANCIAL CORPORATION,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 29th day of December, 2010.

_____
The Honorable Lucy H. Koh

Order to Dismiss - 1